Edward M. Keech, No. 048098
**WALSH LAW FIRM**
Attorneys at Law
1990 N. California Boulevard, 8th Floor
Walnut Creek, CA 94596
Telephone:    925.284.7400
Facsimile:    866.406.8863
Email:        ekeech@walsh-law.com

Attorneys for Plaintiff, Oakland Yacht Club

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OAKLAND YACHT CLUB, a California Non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Vessel ULTIMATUM, *etc., at al*.,<br><br>Defendants. | No.  4:14-CV-00480-CW<br><br>**ORDER FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL** |

The Court has reviewed the Complaint filed in this action, the Memorandum in Support of Request fro Review and the Declarations for Fred Doering and Edward M. Keech as required by Rule C(3), Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P. in connection with a request for a warrant for arrest of a vessel

The Court finds that the conditions for issuance of a warrant for arrest of the vessel ULTIMATUM, Official No. 1047526 established in 46 U.S.C. § 31342 appear to exist, namely

> Plaintiff is an entity providing necessaries to a vessel on the order of the owner or a person authorized by the owner and —
>
> (1) has a maritime lien on the vessel;
>
> (2) may bring a civil action in rem to enforce the lien.

The Clerk of this Court is therefore directed to prepare a warrant in the customary form for the Arrest of the vessel ULTIMATUM, Official No. 1047526, its mast, sails, engine and appurtenances and to arrange for delivery of the warrant to the United States Marshal's Office for this District.

Dated: _____February 7_____, 2014        _____/s/ Claudia Wilken_____
                                                  United States District Judge

**ORDER FOR WARRANT FOR ARREST**          No. 4:14-CV-00480-CW