Edward M. Keech, No. 048098
**WALSH LAW FIRM**
Attorneys at Law
1990 N. California Boulevard, 8th Floor
Walnut Creek, CA 94596
Telephone:   925.284.7400
Facsimile:   866.406.8863
Email:   ekeech@walsh-law.com

Attorneys for Plaintiff, Oakland Yacht Club

FILED

FEB -7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OAKLAND YACHT CLUB, a California Non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Vessel ULTIMATUM, *etc., at al.*,<br><br>Defendants. | No. 4:14-CV-00480-CW<br><br>**WARRANT FOR ARREST OF VESSEL AND APPURTENANCES** |

To the United States Marshal of the above-named District:

YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described property:

Vessel ULTIMATUM, Official No. 1047526, and her masts, sails, engine and appurtenances.

YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other property is such that the taking of actual possession is impracticable, to affix a copy of this warrant in a conspicuous place on said vessel or other property and to leave a copy of the warrant and complaint in the action with the person having possession of the vessel or other property, or his agent.

Claims of persons entitled to possession of the vessel or other property arrested hereunder

- 1 -

**WARRANT FOR ARREST**                                                                 No. 4:14-CV-00480-CW

shall be filed with the Clerk of this Court and a copy thereof served on plaintiff's attorney within 10 days after publication of the notice of arrest of the vessel or other property and answers to the complaint shall be filed and served within 30 days after the date of publication of said notice of arrest.

Dated: February 7, 2014

RICHARD W. WIEKING
Clerk, United States District Court

By _____

- 2 -

**WARRANT FOR ARREST**  No. 4:14-CV-00480-CW