IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND YACHT CLUB, | No. C 14-00480 CW |
| Plaintiff, | ORDER RE DEFAULT |
| v. | |
| THE VESSEL ULTIMATUM, Official Number 1047526, her masts, sails, engine and appurtenances, in rem, | |
| Defendants. | |

Default having been entered by the Clerk on March 6, 2014,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 3/10/2014

CLAUDIA WILKEN
United States District Judge

**United States District Court**
**For the Northern District of California**