IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND YACHT CLUB,

    Plaintiff,

v.

THE VESSEL ULTIMATUM, Official Number 1047526, her masts, sails, engine and appurtenances, in rem,

    Defendants.
_____/

No. C 14-00480 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for Default Judgment and Order for Final Sale filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 3/14/2014

                      CLAUDIA WILKEN
                      United States District Judge

MagRef