IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND YACHT CLUB, a California Non-profit Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>THE VESSEL ULTIMATUM, Official Number 1047526, her masts, sails, engine, and appurtenances, in rem.,<br><br>        Defendant.<br>_____/ | No. C 14-00480 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ORDER FOR FINAL SALE |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Re Plaintiff's motion for default judgment and order for final sale. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation and sign Plaintiff's proposed order as modified.

Dated: 5/27/2014

CLAUDIA WILKEN
United States District Judge