IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND YACHT CLUB, a California Non-profit Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE VESSEL ULTIMATUM, Official Number 1047526, her masts, sails, engine, and appurtenances, in rem.,<br><br>　　　　Defendant.<br>_____/ | No. C 14-00480 CW<br><br>JUDGMENT |

　　For the reasons set forth in Magistrate Judge Beeler's Report and Recommendation Re Plaintiff's Motion for Default Judgment and Order for Final Sale filed May 9, 2014 and adopted by this Court,

　　IT IS HEREBY ORDERED AND ADJUDGED

　　That default judgment is entered against Vessel Ultimatum, her masts, sails, engine, and appurtenances.  Plaintiff Oakland Yacht Club shall recover from Defendant Vessel Ultimatum, her masts, sails, engine, and appurtenances the sum of $14,318.90, its litigation costs, and custodia legis expenses (pursuant to a bill of costs to be filed post-judgment)  with interest thereon as provided by 28 U.S.C. § 1961.

　　Dated at Oakland, California, this 27th day of May, 2014.

```
                              RICHARD W. WIEKING
                              Clerk of Court

                         By: _____
                              Deputy Clerk
```