1  Edward M. Keech, No. 048098
   **WALSH LAW FIRM**
2  Attorneys at Law
   1990 N. California Boulevard, 8th Floor
3  Walnut Creek, CA 94596
   Telephone:     925.284.7400
4  Facsimile:     866.406.8863
   Email:         ekeech@walsh-law.com
5
   Attorneys for Plaintiff, Oakland Yacht Club
6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND YACHT CLUB

11

| | |
|---|---|
| 12  OAKLAND YACHT CLUB, a California Non-profit Corporation, | |
| 13                          Plaintiff, | No.  4:14-CV-00480-CW |
| 14           v. | **ORDER AFTER SALE** |
| 15  The Vessel ULTIMATUM, *etc*., | |
| 16                          Defendants. | |
| 17 | |

18      The Court having reviewed Plaintiff's Report of Compliance, and no interventions having been

19  timely filed,

20  IT IS HEREBY ORDERED:

21      1.      The United States Marshall shall deposit the proceeds from the sale of the vessel

22  Ultimatum in the registry of the Court.

23      2.      Plaintiff as Substitute Custodian is entitled to recover $4,795.00 in Substitute Custodian's

24  fees and costs.

25      3.      The Clerk is directed to make the following distributions in the following priority to the

26  extent funds are available:

27          a.      The Marshal's commission as demanded by the Marshal;

28

1          b.     The Substitute Custodian's costs and fees to Oakland Yacht Club, c/o

2    Plaintiff's counsel;

3          c.     Plaintiff's judgment, including its taxable costs, to Oakland Yacht Club,

4    c/o Plaintiff's counsel.

5        4.     The balance remaining after the foregoing payment shall be held in the registry of the

6    Court pending further order.

7

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
**ORDER AFTER SALE**